ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, NV 89146
Telephone: (702) 979-3565
Facsimile: (702) 362-2060
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEONA MILLER, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>VENETIAN LAS VEGAS GAMING, LLC, d/b/a THE VENETIAN RESORT LAS VEGAS, a Nevada Limited-Liability Company; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>    Defendants. | Case No.: 2:24-cv-01420-RFB-NJK |

### STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED** by and between Plaintiff LEONA MILLER, by and through her attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ., of the law firm of JENNINGS & FULTON, LTD., and Defendant VENETIAN LAS VEGAS GAMING, LLC, by and through its attorneys of record, MOLLY M. REZAC, ESQ., of the law firm of OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., to dismiss this action, including all claims and defenses, with prejudice.

-1-

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear their own attorneys' fees and costs.

Dated: August 29th, 2025

**JENNINGS & FULTON, LTD.**

  /s/ Logan G. Willson, Esq.
ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
logan@jfnvlaw.com
2580 Sorrel Street
Las Vegas, Nevada 89146
*Attorney for Plaintiff*

Dated: August 29th, 2025

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

  /s/ Molly M. Rezac, Esq.
MOLLY M. REZAC, ESQ.
Nevada Bar No. 7435
molly.rezac@ogletree.com
200 S. Virginia Street, 8th Floor
Reno, NV 89501
Telephone: 775.440.2373
Facsimile: 7775.440.2376
*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:   August 29, 2025